# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL PRODUCT RESOURCES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WBM (Pvt.) LTD., a Pakistan company; WBM, LLC, a New Jersey limited liability company; DESIGNED 4 LIFE, LLC, a California limited liability company; WALGREEN CO., an Illinois corporation; and DOES 1-20,<br><br>Defendants. | CASE NO. CV 11-03864 RGK (AGRx)<br><br>**[PROPOSED] CONSENT DECREE AGAINST DEFENDANTS WBM (Pvt.) LTD. AND WBM, LLC** |

The Court, having read and considered the JOINT NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF CONSENT DECREE, and good cause appearing,

IT IS HEREBY ORDERED that defendants WBM (Pvt.) LTD. and WBM, LLC (collectively, "WBM"), are subject to the jurisdiction of this court pursuant to their consent and that WBM (Pvt.) LTD.'s motion to dismiss (Docket No. 21) is taken off calendar as moot pursuant to the terms of the parties' settlement agreement and the terms of this order;

IT IS HEREBY FURTHER ORDERED, pursuant to the terms of the parties' settlement agreement, that WBM, and their officers, agents, servants, and employees, and any persons acting in concert or participation with them, are enjoined and restrained from directly or indirectly infringing Plaintiff's copyrights in the DECO BREEZE product designs set forth in **Exhibit A** and **B** hereto (the "Subject DECO BREEZE fans"), and from manufacturing, distributing, importing, advertising, transferring, displaying (either on their website or otherwise), selling, offering for sale, or in any way commercially exploiting fans that are substantially similar to the Subject DECO BREEZE fans (aside from the "Manufactured Units" as defined below). WBM is specifically ordered to cease any and all efforts to sell the products depicted in **Exhibit C** hereto ("Accused Fans"), as well as any and all other products that are unlawful and unauthorized copies of the Subject DECO BREEZE fans;

This order specifically excludes the approximately 18,000 units of the Accused Fans that have been previously manufactured ("Manufactured Units"), which the parties pursuant to a settlement agreement have conditionally agreed can be distributed, displayed, offered for sale, and sold;

This permanent injunction shall supersede the terms and obligations of the parties under the Temporary Restraining Order (Docket Entry No. 24);

IT IS SO ORDERED.

DATED: June 13, 2011          _/s/ Gary Klausner_____
                              UNITED STATES JUDGE

Presented By:

HIGGS FLETCHER & MACK LLP

By:__/s/ Phillip C. Samouris_____
    PHILLIP C. SAMOURIS
    Attorneys for Plaintiff
    Global Product Resources, Inc.